UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATHANIEL C. JEFFRIES,

        Plaintiff,

v.                                               Case No:  6:18-cv-883-Orl-40KRS

ARTOPIA OF ORLANDO, LLC and
SARYOUL H. MUHAMMED,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties Joint Motion for Approval of FLSA Settlement (Doc. 30) filed on October 24, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection was filed (Doc. 32), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 7, 2018 (Doc. 31), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** the Settlement Agreement (Doc. 30-1) is a fair resolution of a *bona fide* dispute under the FLSA.

3. The Joint Motion for Approval of FLSA Settlement (Doc. 30) is **GRANTED in part**.  The Court **DECLINES** to retain jurisdiction to enforce the Settlement Agreement.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 13, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties